UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:11-cr-00021-JPH-CMM ) |
| SCOTT GRIFFY, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Craig M. McKee's Report and Recommendation and all findings therein, dkt. [254]. The Court now **ORDERS** that Scott Griffy's supervised release is therefore **REVOKED**, dkts. [240], [248], and Mr. Griffy is sentenced to the custody of the Attorney General or his designee for imprisonment until the expiration date of his supervised release, i.e., April 4, 2022, with no supervised release to follow. The Court recommends that Defendant's time be served in the Knox County Jail.

**SO ORDERED**.

Date: 2/24/2022

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana